# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>THOMAS RONALD HOOVER,<br><br>   Defendant. | Case No.: 2:20-cr-273<br><br>ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR THOMAS RONALD HOOVER (ID#) 37071-048 |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **THOMAS RONALD HOOVER** before the United States District Court at Las Vegas, Nevada, on or about _IA&AP, Wed 10/21/2020 2:30 p.m., BNW 3B_, for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: October 6, 2020

_____
UNITED STATES MAGISTRATE JUDGE

1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada
   Nevada Bar Number 13644
3  BRETT C. RUFF
   Assistant United States Attorney
4  501 Las Vegas Boulevard South
   Suite 1100
5  Las Vegas, Nevada 89101
   702-388-6336

6
                    UNITED STATES DISTRICT COURT
7                        DISTRICT OF NEVADA
                              -oOo-
8

9  UNITED STATES OF AMERICA,          )   Case No.: 2:20-cr-273
                                      )
10              Plaintiff,            )   PETITION FOR WRIT OF HABEAS
                                      )   CORPUS AD PROSEQUENDUM FOR
11      vs.                           )   THOMAS RONALD HOOVER
                                      )   (ID#) 37071-048
12 THOMAS RONALD HOOVER,              )
                                      )
13                                    )
                                      )
14              Defendant.            )
                                      )

15
       The petition of the United States Attorney for the District of Nevada respectfully shows
16
   that **THOMAS RONALD HOOVER**, is committed by due process of law in the custody of the
17
   Warden, Southern Nevada Detention Center, Pahrump, Nevada, that it is necessary that the said
18
   **THOMAS RONALD HOOVER** be temporarily released under a Writ of Habeas Corpus Ad
19
   Prosequendum so that the said **THOMAS RONALD HOOVER** may be present before the
20
   United States District Court for the District of Nevada, Las Vegas, Nevada, on
21
   _____IA&AP, Wed 10/21/2020_____, for arraignment and from time to time and day to day
22       2:30 p.m., BNW 3B
   thereafter until excused by the said Court.
23

24

That the presence of the said **THOMAS RONALD HOOVER** before the United States District Court on or about _____ IA&AP, Wed 10/21/2020 2:30 p.m., BNW 3B _____, for arraignment and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, Southern Nevada Detention Center, Pahrump, Nevada, and to the United States Marshal for the District of Nevada, commanding them to produce the said **THOMAS RONALD HOOVER** before the United States District Court on or about _____ IA&AP, Wed 10/21/2020 2:30 p.m., BNW 3B _____, for arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, Southern Nevada Detention Center, Pahrump, Nevada.

DATED this 6th day of October, 2020

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Brett Ruff*
BRETT C. RUFF
Assistant United States Attorney