CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
ANDREW W. DUNCAN
Assistant United States Attorney
Nevada Bar Number 14702
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Andrew.Duncan@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-cr-00273-JCM-BNW |
| Plaintiff, | **Stipulation for Extension of Time (First Request)** |
| vs. | |
| THOMAS RONALD HOOVER, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, United States Attorney, and Andrew W. Duncan, Assistant United States Attorney, counsel for the United States of America, and Katherine Tanaka, Assistant Federal Public Defender, counsel for Defendant Thomas Ronald Hoover, that the date for the Government to file a response to the Defendant's Motion to Suppress (ECF No. 54) be extended for fourteen days, specifically to **February 28, 2022**.

This stipulation is entered for the following reasons:

1

1. The Defendant's Motion to Suppress was filed and served on January 31, 2022. *See* ECF No. 54. The Government's response deadline is presently February 14, 2022.

2. Counsel for the Government was recently assigned to handle the case due to the departure from the office of original Government counsel.

3. Government Counsel needs additional time to conduct investigation and research to adequately respond to the Defendant's motion.

4. The additional time requested herein is not sought for purposes of delay, but to allow counsel for the Government time to adequately respond to the Defendant's motion.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. This is the first stipulation filed herein to continue the Government's response deadline.

7. The parties agree to the extension of time.

DATED: February 9, 2022

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ Andrew W. Duncan             /s/ Katherine Tanaka

ANDREW W. DUNCAN                 KATHERINE TANAKA
Assistant United States Attorney  Counsel for Defendant
                                  Thomas Ronald Hoover

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:20-cr-00273-JCM-BNW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS RONALD HOOVER, | ) | |
| | ) | |
| Defendant. | ) | |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The Defendant's Motion to Suppress was filed and served on January 31, 2022. *See* ECF No. 54. The Government's response deadline is February 14, 2022.

2. Counsel for the Government needs additional time to conduct investigation and research to adequately respond to the Defendant's motion.

3. The additional time requested herein is not sought for purposes of delay, but to allow counsel for the Government time to adequately respond to the Defendant's motion.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5.  This is the first stipulation filed herein to continue the Government's response deadline.

6.  The parties agree to the extension of time

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the Government's response deadline.

## CONCLUSIONS OF LAW

The additional time requested herein is not sought for purposes of delay, but to allow the Government adequate time to respond to the Defendant's motion. The failure to grant said continuance would likely result in a miscarriage of justice.

## ORDER

IT IS THEREFORE ORDERED that the previously scheduled response deadline for the Government to respond to the Defendant's Motion to Suppress is extended until February 28, 2022.

DATED this __10th__ day of February 2022.

_____
HONORABLE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE