RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE A. TANAKA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Thomas Ronald Hoover

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS RONALD HOOVER,<br><br>Defendant. | Case No. 2:20-cr-00273-JCM-BNW<br><br>**STIPULATION TO CONTINUE EVIDENTIARY HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Andrew W Duncan, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine A. Tanaka, Assistant Federal Public Defender, counsel for Thomas Ronald Hoover, that the Evidentiary Hearing currently scheduled on March 23, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than seven (7) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel has a sentencing hearing that conflicts with the currently scheduled evidentiary hearing.

2. Mr. Hoover is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

1  This is the first request for continuance filed herein.

2  DATED this 7th day of February 2022.

| RENE L. VALLADARES | CHRISTOPHER CHIOU |
| Federal Public Defender | Acting United States Attorney |
| | |
| By /s/ Katherine A. Tanaka | By /s/ Andrew W Duncan |
| KATHERINE A. TANAKA | ANDREW W DUNCAN |
| Assistant Federal Public Defender | Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>THOMAS RONALD HOOVER,<br><br>    Defendant. | Case No. 2:20-cr-00273-JCM-BNW<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Evidentiary Hearing currently scheduled on March 23, 2022 at the hour of 9:00 a.m., be vacated and continued to April 19, 2022 at 9:00 a.m.

DATED this 11th day of February 2022.

_____
UNITED STATES MAGISTRATE JUDGE

3