RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE A. TANAKA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Thomas Ronald Hoover

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>THOMAS RONALD HOOVER,<br><br>     Defendant. | Case No. 2:20-cr-00273-JCM-BNW<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S REPLY TO THE GOVERNMENT'S RESPONSE TO MOTION TO SUPPRESS**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Andrew W Duncan, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine A. Tanaka, Assistant Federal Public Defender, counsel for Thomas Ronald Hoover, that the reply to the Government's response to motion to Suppress currently due on March 7, 2022, be vacated and reset for March 14, 2022.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to investigate issues relevant to the reply.

2. Mr. Hoover is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

This is the first request for an extension of time.

DATED this 7th day of March 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ Katherine A. Tanaka<br>KATHERINE A. TANAKA<br>Assistant Federal Public Defender | By /s/ Andrew W Duncan<br>ANDREW W DUNCAN<br>Assistant United States Attorney |

2

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS RONALD HOOVER,<br><br>　　　　Defendant. | Case No. 2:20-cr-00273-JCM-BNW<br><br>**ORDER** |

　　Based on the Stipulation of counsel and good cause appearing,

　　IT IS THEREFORE ORDERED that the brief currently due on March 7, 2022, be filed and continued to March 14, 2022.

　　DATED this  8th  day of March 2022.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE