# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| United States of America, | Case No. 2:20-cr-00273-JCM-BNW |
|---|---|
| Plaintiff, | |
| v. | **ORDER re ECF No. 108** |
| Thomas Ronald Hoover, | |
| Defendant. | |

Before the Court is Defendant Thomas Hoover's unopposed motion to seal at ECF No. 108.

"It is clear that the courts of this country recognize a general right to inspect and copy public records and documents, including judicial records and documents." *Nixon v. Warner Commnc'ns, Inc.,* 435 U.S. 589, 597 (1978). As a result, if a party seeks to seal judicial records attached to a motion that is "more than tangentially related to the merits of a case[,]" they must provide "compelling reasons." *Ctr. for Auto Safety v. Chrysler Grp., LLC,* 809 F.3d 1092, 1101 (9th Cir. 2016); *see also Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006). But if a party seeks to seal judicial records attached to a motion that is "unrelated, or only tangentially related, to the underlying cause of action[,]" they must only show good cause. *Kamakana,* 447 F.3d at 1179–80 (internal quotation marks and citations omitted).

Here, Defendant seeks to maintain under seal Exhibit A filed in conjunction with his motion for release (filed at ECF No. 107). ECF No. 108. Because the motion for release is not related to the merits of the case or dispositive, the "good cause" standard applies.

Defendant argues that this exhibit should remain under seal because it includes "confidential medical information from Mr. Hoover's custodial records." ECF No. 108 at 1. According to Defendant, public disclosure of these documents would invade Mr. Hoover's privacy by revealing "sensitive and private information relating to [his] health and medical care

while in custody." *Id*.  The Court finds that protecting Mr. Hoover's confidential medical information constitutes good cause to maintain this exhibit under seal.

Accordingly, **IT IS ORDERED** that Defendant's motion to seal at ECF No. 108 is GRANTED.

**IT IS FURTHER ORDERED** that the Clerk of the Court is kindly directed to maintain Mr. Hoover's medical records at ECF No. 108 under seal.

DATED: October 6, 2022.

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE