JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
BIANCA R. PUCCI
Assistant United States Attorney
Nevada Bar Number 16129
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336
Bianca.Pucci@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   vs.<br><br>THOMAS RONALD HOOVER,<br><br>      Defendant. | Case No. 2:20-cr-00273-JCM-BNW<br><br>Unopposed[1] Motion for Leave to Dismiss Indictment Without Prejudice Pursuant to Federal Rule of Criminal Procedure 48(a) |

The United States of America by Jason M. Frierson,  United States Attorney for the District of Nevada, and Bianca R. Pucci, Assistant United States Attorney, requests leave of Court pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure to dismiss without prejudice the Criminal Indictment filed on October 6, 2020, (ECF 1) as to defendant Thomas Ronald Hoover.

Respectfully submitted November 29, 2022.

JASON M. FRIERSON
United States Attorney

*/s/ Bianca R. Pucci*
BIANCA R. PUCCI
Assistant United States Attorney

---

[1] The government met and conferred with defense counsel on November 21, 2022, and the defendant does not oppose this motion.

1

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00273-JCM-BNW |
| Plaintiff, | [PROPOSED] ORDER of Dismissal |
| vs. | |
| THOMAS RONALD HOOVER, | |
| Defendant. | |

This matter coming before the Court on the Government's Motion for Leave to Dismiss the Indictment without prejudice pursuant to Federal Rule of Criminal Procedure 48(a), the Court having considered the premises therein and good cause showing, the Motion is GRANTED.

It is therefore ORDERED that the Indictment is dismissed without prejudice.

DATED December 2, 2022.

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

1